UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

REMI LEBOE,

        Plaintiff,

    vs.

KING COUNTY JAIL MEDICAL DEPARTMENT,

        Defendant.

CASE NO.    C06-1802-RSL-MAT

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE

The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on 12/19/2006. The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before 1/18/2007 could result in dismissal of the case. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

It is therefore ORDERED:

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE - C06-1802-RSL-MAT    1

1  (1)   The application to proceed in forma pauperis is DENIED;

2  (2)   The case is DISMISSED;

3  (3)   The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge

4         Mary Alice Theiler.

6  Dated this 30th day of January, 2007.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

Recommended for entry this

29th day of January, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C06-1802-RSL-MAT        2